```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>RAYLINE FIELD,<br><br>            Defendant | No. 2:14 cv 7693<br><br>CONSENT JUDGMENT |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Rayline Field, in the principal amount of $1,504.70 plus interest accrued to November 10, 2014, in the sum of $3,521.64; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $**5,026.34**.

DATED: 11/10/14                    By: TERRY NAFISI
                                       Clerk of the Court
                                       
                                       Deputy Clerk
                                       United States District Court

Page 1